

**FILED & ENTERED**

**DEC 11 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Omar Ali Rizvi,<br><br><br>                                                Debtor(s). | CHAPTER 7<br><br>Case No.: 8:23-bk-12738-SC<br>Adv No:  8:24-ap-01042-SC<br><br>**ORDER DISMISSING ADVERSARY** |
| Omar Ali Rizvi,<br>                                        Plaintiff(s),<br>    v.<br><br>Missouri Higher Education Authority MOHELA,<br>                                        Defendant(s). | <u>Vacated Hearing:</u><br>Date:       December 17, 2024<br>Time:       3:30 PM<br>Courtroom: 5C |

On September 18, 2024 [Dk. 8], noting Plaintiff's failure to file a status report for the September 24, 2024, status conference and the lack of activity on the docket after July 2, 2024, this Court issued an order directing Plaintiff to appear on December 17, 2024, and show cause why this case should not be dismissed for failure to prosecute ("OSC"). The OSC required a response 14 days prior to the hearing on the OSC and advised that the failure to file a timely response could result in the dismissal of the case without further notice or hearing.

Plaintiff did not file any response to the OSC, and the docket does not reflect any other activity. Accordingly, the Court finds good cause to vacate all hearings and DISMISS the adversary proceeding.

**IT IS SO ORDERED.**

Date: December 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge